IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| EDUCATION MANAGEMENT SERVICES, | § § § § § | |
| Plaintiff, | § | |
| v. | § § | No. SA-14-CA-587 |
| MARK CADERO, | § § § | |
| Defendant. | § | |

### ORDER DENYING MOTION FOR RECONSIDERATION

On June 20, 2014, the Plaintiff filed this civil action for damages and other relief in the 73rd District Court of Bexar County, Texas. On July 2, 2014, the Defendant removed the case to this Court asserting subject matter jurisdiction on the basis of diversity of citizenship and amount in controversy. On September 17, 2014, the Defendant filed a motion to dismiss for lack of personal jurisdiction or, in the alternative, to transfer venue. On October 6, 2014, the Court entered an order denying the motion and holding that it had personal jurisdiction over the Defendant and that venue was proper in the Western District of Texas. The Defendant has filed a motion to reconsider that Order, re-urging the arguments made in the motion to dismiss. For the reasons stated in the Order Regarding Defendant's Motion to Dismiss or for Transfer of Venue (Doc. No. 12), the Court finds that the motion for reconsideration should be denied.

It is therefore ORDERED that the Defendant's motion for

reconsideration (Doc. No. 13) be, and it is hereby, DENIED.

SIGNED AND ENTERED THIS 17th day of November, 2014.

/s/ Harry Lee Hudspeth
HARRY LEE HUDSPETH
SENIOR UNITED STATES DISTRICT JUDGE