IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| EDUCATION MANAGEMENT SERVICES, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | No. SA-14-CA-587 |
| MARK CADERO, | § § § | |
| Defendant. | § | |

### ORDER

On December 17, 2014, the Plaintiff filed a motion to dismiss the Defendant's counterclaims pursuant to Rules 12(b)(1) and 12(b)(6), Federal Rules of Civil Procedure. The deadline to respond to the motion to dismiss was December 29, 2014. Unless the Defendant files his response to the motion to dismiss no later than January 2, 2015, the Court will consider the motion unopposed and dismiss the Defendant's counterclaims.

It is therefore ORDERED that the Defendant file his response to the Plaintiff's motion to dismiss no later than January 2, 2015.

SIGNED AND ENTERED THIS 30th day of December, 2014.

*[signature: Harry Lee Hudspeth]*
HARRY LEE HUDSPETH
SENIOR UNITED STATES DISTRICT JUDGE