IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| EDUCATION MANAGEMENT SERVICES, LLC, | § § § | |
| *Plaintiff,* | § § | CIVIL ACTION NO. 5:14-cv-00587-HLH |
| v. | § § § | [Removed from the 73rd Judicial District Court of Bexar County, Texas] |
| MARK CADERO, | § § | |
| *Defendant.* | § § § | |

### REPORT ON ALTERNATIVE DISPUTE RESOLUTION

Pursuant to the Court's Scheduling Order issued on December 1, 2014 [ECF No. 20] and Local Rule CV-88 of the Western District of Texas, Plaintiff Education Management Services, LLC ("Plaintiff") and Defendant Mark Cadero ("Cadero") (collectively the "Parties") hereby submit this Report on Alternative Dispute Resolution.

In December 2014, the Parties engaged in informal settlement discussions with regard to this case, as well as several related cases. However, the Parties could not come to an agreement. The Parties were represented by Counsel during the settlement discussions. Alternative dispute resolution does not appear to be appropriate at this time, but the Parties agree to revisit this matter in the future.

Respectfully Submitted:

| | |
|---|---|
| By: /s/ *Andrew Moon* | By: *Clint A. Corrie* |
| Andrew J. Moon, Esq., SBN: 24026263 | Clint A. Corrie, Esq., SBN: 04840300 |
| andym@teamarmando.com | clint.corrie@akerman.com |
| Education Manager Services, LLC | Akerman LLP |
| 2935 Thousand Oaks Drive, #6-285 | 2001 Ross Avenue, Suite 2550 |
| San Antonio, Texas 78247 | Dallas Texas, 75201 |
| Telephone: 210.501.0077 | Telephone: 214.720.4300 |
| Facsimile:  866.561.4558 | Facsimile:  214.981.9339 |
| Counsel for Plaintiff | Counsel for Defendant |